ROBERT J. ROSATI, No. 112006
ERISA Law Group LLP
2055 San Joaquin Street
Fresno, California 93721
Telephone: 559-256-9800
Telefax: 559-256-9795
robert@erisalg.com

Attorneys for Plaintiff,
ADRIANNE WILLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| ADRIANNE WILLARD,<br><br>    Plaintiff,<br><br>v.<br><br>HOME I.V., INC., dba OPTIMAL HEALTH SERVICES GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO. 1:11-CV-00302-AWI-JLT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff, ADRIANNE WILLARD, and Defendant, LINCOLN NATIONAL LIFE INSURANCE COMPANY that the Parties agree to dismiss this action in its entirety as to all parties and with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

///

///

///

ERISA LAW GROUP LLP

Dated: August 24, 2011            /s/ *Robert J. Rosati*
                                  ROBERT J. ROSATI, No. 112006
                                  THORNTON DAVIDSON, No. 166487
                                  ERISA Law Group, LLP
                                  2055 San Joaquin Street
                                  Fresno, California 93721
                                  Telephone (559) 256-9800
                                  Telefax (559) 256-9799
                                  robert@erisalg.com
                                  thornton@erisalg.com

                                  Attorneys for Plaintiff,
                                  ADRIANNE WILLARD


POHLS & ASSOCIATES

Dated: August 24, 2011            /s/   *Robert R. Pohls*
                                  ROBERT R. POHLS, No. 131021
                                  1550 Parkside Drive, Suite 260
                                  Walnut Creek, California 94596
                                  Telephone: 925-973-0300
                                  Telefax: 925-973-0330
                                  rpohls@califehealth.com

                                  Attorneys for Defendant,
                                  LINCOLN NATIONAL LIFE INSURANCE
                                  COMPANY,


ORDER

IT IS SO ORDERED.

Dated:   August 24, 2011
                                  _____
                                  CHIEF UNITED STATES DISTRICT JUDGE